In re: Mohammad Jawed

Case Number: 1-07-05087

## AFFIRMATION

I, Mohammad Jawed, declare under the penalty of perjury that I am self employed and have no payment advices to file with the Bankruptcy Court.

I declare under penalty of perjury that the information provided in this statement is true and correct.

Dated: 12/14/07   Signature: _____
Mohammad Jawed